**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GREGORY DUNBAR, | : | No. 14 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Commonwealth Court |
| | : | Order dated March 2, 2018 at docket |
| | : | No. 27 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| DORINA VARNER, CHIEF GRIEVANCE | : | |
| OFFICER PA. DEPT. OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  September 21, 2018**

   **AND NOW,** this 21st day of September, 2018, the order of the Commonwealth
Court is affirmed.